NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ICHL, LLC, DOING BUSINESS AS INTELLECTUAL
CAPITAL HOLDINGS LIMITED,
*Plaintiff-Appellant,*

v.

LG ELECTRONICS, INC.,
*Defendant-Appellee,*

AND

MITSUBISHI DIGITAL ELECTRONICS AMERICA,
INC.,
*Defendant-Appellee,*

AND

SAMSUNG ELECTRONICS AMERICA, INC.,
*Defendant-Appellee,*

AND

TOSHIBA AMERICA INFORMATION SYSTEMS,
INC., ALSO KNOWN AS TOSHIBA AMERICA
CONSUMER PRODUCTS, LLC,
*Defendant-Appellee.*

---

2011-1573

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 08-CV-0177, Chief Judge David J. Folsom.

---

## ON MOTION

---

## ORDER

ICHL, LLC (doing business as Intellectual Capital Holdings Limited) moves to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

JAN 2 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Eric T. Stahl, Esq.
Michael J. McKeon, Esq.
Vincent J. Belusko, Esq.
Richard L. Rainey, Esq.
Jeffry H. Nelson, Esq.

s21

Issued As A Mandate: JAN 2 0 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 0 2012

JAN HORBALY
CLERK